**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7330**

LASHAWN D. CAFFEE,

             Plaintiff - Appellant,

       v.

CON-MED MEDICAL, company; PAM SMITH, Head nurse,

             Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Chief District Judge.  (2:14-cv-00623-RBS-LRL)

Submitted:  November 17, 2015          Decided:  November 20, 2015

Before SHEDD, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lashawn D. Caffee, Appellant Pro Se.  Ruth Griggs, SANDS ANDERSON, PC, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lashawn D. Caffee appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Caffee v. Con-Med Med., No. 2:14-cv-00623-RBS-LRL (E.D. Va. July 22, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED